IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LARRY DAVID TURNER, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 08-4897 |
| v. | : | |
| MARK GILSON, et al., | : | |
| Defendants. | : | |

# **ORDER**

AND NOW, this 30th day of June, 2009, it is hereby ORDERED that Defendants' Motions to Dismiss (Doc. Nos. 2, 3, 5 & 9) are GRANTED and the above-captioned matter is DISMISSED WITH PREJUDICE for the reasons set forth in the accompanying memorandum.

BY THE COURT:

S/ C. Darnell Jones II
 J.